# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | Case No. 23-00924 |
| | Chapter 13 |
| Jeremy Ryan Burton & Karolynn Nadeane Redding | **CONSENT ORDER TO VACATE LEASED PREMISES** |
| Debtor(s). | |

This matter comes before the Court pursuant to a pending Motion To Extend Automatic Stay filed by the debtors. To resolve any objection to said motion, Jeremy Ryan Burton and Karolynn Nadeane Redding ("Debtors / Tenants") and Edward Kenefick ("Landlord / Creditor") request approval of the parties' agreement in relation thereto, for a lifting of the Automatic Stay and for Debtors to vacate leased premises located at 2362 Parsonage Road, Unit 1A, Charleston, S.C. 29413 ("Leased Premises"). Debtors and Landlord are parties to a residential lease involving property located at 2362 Parsonage Road, Unit 1A, Charleston, S.C. 29413.

The parties represent and agree that Debtors will vacate Leased Premises within 30 days of the entry of this Order. Additionally, the premises must be left in clean and habitable condition, with no damage. Landlord further agrees to waive all arrearage or monies as may be associated with the occupancy of Leased Premises. The parties further represent and agree that the automatic stay is lifted as to Landlord and that he be allowed to proceed with any legal remedies afforded him by law upon non-compliance by the Debtors upon the expiration of the 30-day provision set forth herein.

Now, therefore, it appearing that this settlement will have no adverse effect on this bankruptcy estate, its creditors and assets, upon the agreement of Debtors and Landlord, as indicated by the signatures below,

IT IS HEREBY ORDERED that Debtors shall vacate Leased Premises within 30 days of the entry of this Order and Leased Premises must be left in clean and habitable condition, with no damage.

IT IS FURTHER ORDERED that the stay be lifted as to Landlord upon non-compliance by the Debtors upon the expiration of the 30-day provision set forth herein and that Landlord be allowed to proceed with any legal remedies afforded him by law.

**AND IT IS SO ORDERED.**

**WE SO MOVE AND CONSENT:**

/s/ David W. Patterson
David W. Patterson, Attorney at Law
Patterson Law, LLC
656 Ellis Oak Ave., Suite 101
Charleston, SC 29412
(843) 608-8076
dave@dpattersonlawllc.com
Attorney for Creditor/Landlord
District Court I.D. 9498

/s/ J. Christian Waites
J. Christian Waites, Esq.
Moss & Associates, Attorneys, P.A.
2170 Ashley Phosphate Rd. Ste 405
North Charleston, SC 29406
(843) 744-3002
Christian@mossattorneys.com
Attorney for Debtor
District Court I.D. 12607